# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
VENUE: **SAN FRANCISCO**

CR 07 0473 PJH

UNITED STATES OF AMERICA,

**V.**

DONALD CLYBURN,

FILED

JUL 2 0 200?

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

## INDICTMENT

18 U.S.C. § 2252(a)(4)(B) - Possession of Child
Pornography

A true bill.

_____
Foreman

Filed in open court this _19th_ day of
July, 2007

_____
Clerk

Bail, $ 80,000

7/19/07.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. § 2252(a)(4)(B) -
Possesion of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

10 years imprisonment; $250,000 fine; up to lifetime supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

DEFENDANT - U.S.

JUL 2 0 2007

▶ DONALD CLYBURN

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**CR 07 0473 PJH**

— DEFENDANT —

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

IMMIGRATION AND CUSTOMS INFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3:07-70167 JCS

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    MICHELLE MORGAN-KELLY, AUSA

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**FILED**

JUL 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0473 PJH

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 18 U.S.C. §§ 2252(a)(4)(B) - Possession of Child Pornography |
| v. | SAN FRANCISCO VENUE |
| DONALD CLYBURN, | |
| Defendant. | |

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2252(a)(4)(B))

Between on or about January 6, 2005, and on or about April 7, 2005, in the Northern District of California, the defendant,

DONALD CLYBURN,

did knowingly possess one or more matters which contained one or more visual depictions that had been shipped and transported in interstate or foreign commerce, by any means including by computer, and that were produced using materials that had been so shipped and transported in interstate and foreign commerce, where the producing of such visual depictions, as he well knew, involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

INDICTMENT

1    FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

2        Upon conviction of the offense alleged in Count One, the defendant,

3                        DONALD CLYBURN,

4    shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

5    and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all

6    property, real or personal, used or intended to be used to commit or promote the commission of

7    the offenses of conviction, including but not limited to the following items that were seized from

8    defendant on December 7, 2006:

9        a.    One Gateway laptop computer containing a 30 gigabyte hard drive, serial number

10            81RB1679T 242 EC.A.

11        b.    One compact disk.

12   DATED:                                    A TRUE BILL.

13        July 19, 2007

14

15   SCOTT N. SCHOOLS                          FOREPERSON
     United States Attorney

16

17
     W. Douglas Sprague
18   Chief, Oakland Division

19

20   (Approved as to form:
                    AUSA Morgan-Kelly

21

22

23

24

25

26

27

28

INDICTMENT