1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DONALD CLYBURN,<br><br>　　　Defendant. | No. CR 07-00473 PJH<br><br>[PROPOSED] ORDER SETTING INITIAL APPEARANCE BEFORE DISTRICT COURT AND EXCLUDING TIME<br><br>SAN FRANCISCO VENUE |

On July 27, 2007, defendant made his initial appearance in this matter before Magistrate James Larson. Defendant was arraigned on the Indictment and entered a plea of not guilty. The government needs to provide discovery, and the defense needs time to review that discovery. Accordingly, the parties agreed and requested to continue the matter to August 22, 2007, at 2:30 p.m. for the initial appearance before United States District Court Judge Phyllis J. Hamilton. The parties also agreed that time should be excluded under the Speedy Trial Act for effective preparation of defense counsel in reviewing that discovery. For these reasons, and other good cause appearing, IT IS HEREBY ORDERED THAT:

　　1.　　The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy and public trial;

　　2.　　Defense counsel needs time to review discovery in this matter;

//

[PROPOSED] ORDER SETTING INIT. APP. BEFORE DIST. COURT AND EXCLUDING TIME;
U.S. v. Clyburn, CR 07-00473 PJH

3. A status hearing is set before the Honorable Phyllis J. Hamilton at 2:30 p.m. on August 22, 2007; and

4. The time from July 27, 2007, to and including August 22, 2007, is excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A) and (B).

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: _____, 2007

_____
JAMES LARSON
U.S. MAGISTRATE JUDGE