1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH  (CABN 163973)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CSBN 231705)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7129
7      Facsimile: (415) 436-7234
       Email: brigid.martin2@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )    No. CR 07-0473 PJH
                                    )
15        Plaintiff,                )    **NOTICE OF CHANGE OF**
                                    )    **COUNSEL**
16     v.                           )
                                    )
17 DONALD CLYBURN,                  )
                                    )
18        Defendant.                )
                                    )
19

20        The United States Attorney's Office hereby files this Notice of Change of

21 Counsel to advise the court that the assigned Assistant United States Attorney ("AUSA")

22 for this case is Brigid Martin.  Future ECF notices should be sent to AUSA Martin only at

23 the

24 ///

25 ///

26 ///

27 ///

28 ///

Case # CR 07-0473 PJH
NOTICE OF CHANGE OF COUNSEL

1  ///

2  email address of brigid.martin2@usdoj.gov.  AUSA Michelle Morgan-Kelly should be

3  removed from the list of persons to be noticed.

4

5  DATED: August 21, 2007           Respectfully submitted,

6                                          SCOTT N. SCHOOLS
                                            United States Attorney
7

8                                                   /S/
                                         _____
9                                        BRIGID S. MARTIN
                                         Assistant United States Attorney
10

Case # CR 07-0473 PJH
NOTICE OF CHANGE OF COUNSEL