UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 22, 2007  **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0473 PJH

**Case Name:** UNITED STATES v. DONALD CLYBURN (Present)

**Attorney for Plaintiff:** Brigid Martin
**Attorney for Defendant:** Eric Safire

**Deputy Clerk:** Nichole Heuerman  **Court Reporter:** Sylvia Russo

**PROCEEDINGS**

  Trial Setting-Held.  Defense counsel informs the court that discovery has been produced but it has not been fully reviewed.  Defense counsel's request to continue the matter is granted by the court.  The court informs the parties that a trial date or motions briefing schedule will be set at the next hearing.  Time is excluded from 8/22/07 to 10/3/07 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** October 3, 2007 at 2:30 p.m. for Trial/Motion Setting.

-------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 8/22/07 Ends 10/3/07
-------------------------------------------------------------------------------------------------------------------------

**cc:**  chambers