1 STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Donald Clyburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0473-PJH |
| ) | |
| Plaintiff, ) | NOTICE OF SUBSTITUTION |
| ) | OF COUNSEL AND |
| Vs. ) | [~~PROPOSED~~] ORDER |
| ) | |
| DONALD CLYBURN, ) | |
| ) | Honorable Phyllis J. Hamilton |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

   TO THE COURT AND ALL PARTIES, please take notice that Defendant Donald Clyburn hereby elects to substitute counsel in the above matter.  Specifically, former counsel, attorney Eric M. Safire, 2431 Fillmore Street, San Francisco, California is substituted with new counsel attorney Steven F. Gruel, 655 Montgomery Street, Suite 1700, San Francisco, California 94111. The original signatures to this Notice of Substitution of Counsel will be maintained by attorney Steven F. Gruel, with copies to Mr. Clyburn and Mr. Safire.  Electronic signatures on this Notice of Substitution of Counsel will be filed with the Court.

//

//

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

- 1

THE FOLLOWING CONSENT to this substitution:

Dated: September 5, 2007    /s/ _____
                            DONALD CLYBURN
                            Defendant

Dated: August 30, 2007     /s/ _____
                            ERIC M. SAFIRE, Esquire

Dated: August 30, 2007     /s/ _____
                            STEVEN F. GRUEL, Esquire

## [~~PROPOSED~~] ORDER

The Substitution of Counsel is HEREBY GRANTED.

Dated: 9/10/07             _____
                            HONORABLE PHYLLIS J. HAMILTON
                            United States District Judge
                            Northern District of California

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*