# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date: October 3, 2007**                                   **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-07-0473 PJH**

**Case Name:    UNITED STATES   v.  DONALD CLYBURN (Present)**

**Attorney for Plaintiff:    Brigid Martin**
**Attorney for Defendant:  Steven Gruel**

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Belle Ball

## PROCEEDINGS

Trial/Motion Setting-Held.  Mr. Gruel has substituted in as counsel for defendant.  Mr. Gruel's request for a 30 day extension of time to review discovery is granted by the court.  The parties shall be prepared to set a briefing schedule for motions or set a trial date at the next hearing.  Time is excluded from 10/3/07 to 11/7/07 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: November 7, 2007 at 2:30 p.m. for Trial/Motion Setting**.

---------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 10/3/07 Ends 11/7/07
---------------------------------------------------------------------------------------------------------------------

**cc:**    chambers