1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7241
7      Facsimile: (415) 436-7234
       owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


   UNITED STATES OF AMERICA,        )   No. CR 07-0473 PJH
                                    )
        Plaintiff,                  )
                                    )
     v.                             )   NOTICE OF SUBSTITUTION
                                    )
   DONALD CLYBURN,                  )
                                    )
        Defendant.                  )
   _____)


        TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

   NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:


        PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of

   Owen P. Martikan, Assistant United States Attorney, and to withdraw the appearance of Brigid

   Martin, the Assistant United States Attorney who was formerly assigned to represent the United

   States of America.  The Clerk is requested to change the docket sheet and other Court records so

   as to reflect that all Orders and communications from the Court will in the future be directed to

   CR 07-0473 PJH
   NOTICE OF SUBSTITUTION                 1

AUSA Owen P. Martikan at the above mailing address, telephone number, facsimile number, and e-mail address.

Please also take notice that, from the date of this request, service on the United States of America should be made on Owen Martikan only. Please amend your service lists accordingly. While Brian Stretch, Chief of the Criminal Division, and Scott N. Schools, United States Attorney, will appear on the pleadings with Owen Martikan, no service need be made on them.

DATED: October 5, 2007                    Respectfully submitted,

                                                          SCOTT N. SCHOOLS
                                                          United States Attorney

                                                          _/S/ Owen P. Martikan_
                                                          OWEN P. MARTIKAN
                                                          Assistant United States Attorney