SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    Email: brigid.martin2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0473 PJH |
| )<br>Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME UNDER THE |
| v. ) | SPEEDY TRIAL ACT |
| ) | |
| DONALD CLYBURN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The United States and defendant Donald Clyburn stipulate to an exclusion of time under the Speedy Trial Act from October 3, 2007 to November 7, 2007, as follows:

    On October 3, 2007, the parties appeared before the District Court Judge. Steven F. Gruel made his initial appearance in this case as defense counsel. Defendant was previously represented by Eric Safire.

    At this appearance, the defendant requested, the government agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from October 3, 2007 to November 7, 2007. The grounds for exclusion were under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Failure to grant the requested exclusion of time would unreasonably deny Defendant continuity of counsel. Furthermore, failure to grant the requested exclusion of

SPEEDY TRIAL ACT STIP.
CR 07-0473 PJH

1 time would unreasonably deny defense counsel the reasonable time necessary for effective
2 preparation, taking into account the exercise of due diligence.  The parties agree that the ends of
3 justice served by excluding the period from October 3, 2007 to November 7, 2007, outweigh the
4 best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
5     A proposed Order is submitted with this stipulation.

8 DATED: October 4, 2007              Respectfully submitted,

9                                     SCOTT N. SCHOOLS
                                      United States Attorney

11                                    /s/ Brigid S. Martin
                                      BRIGID S. MARTIN
12                                    Special Assistant United States Attorney

14 /s/ Steven F. Gruel
   STEVEN F. GRUEL
   Counsel for Donald Clyburn

SPEEDY TRIAL ACT STIP.
CR 07-0473 PJH                              2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0473 PJH |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| DONALD CLYBURN, | ) | |
| Defendant. | ) | |

Based upon the Stipulation of defendant Donald Clyburn and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(b), is excluded from October 3, 2007 to November 7, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: _____          _____
                                  HON. PHYLLIS J. HAMILTON
                                  United States District Court Judge