UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

DONALD CLYBURN,

    Defendant(s).
_____/

No. CR 07-0473 PJH

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that on **November 7, 2007** at **1:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the **Trial/Motion Setting Hearing previously noticed for November 7, 2007at 2:30 p.m.**, in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: November 2, 2007