STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Donald Clyburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0473-PJH |
| Plaintiff, | ) ) ) | NOTICE, STIPULATION AND [PROPOSED] ORDER REGARDING |
| Vs. | ) ) | HEARING FOR CHANGE OF PLEA |
| DONALD CLYBURN, | ) ) | Honorable Phyllis J. Hamilton |
| Defendant. | ) ) ) ) ) | No Hearing Required |

   Defendant, Donald Clyburn, by and through his attorney, Steven F. Gruel, and the United States of America, by and through its attorney, Owen Martikan, Assistant United States Attorney, hereby file this Notice, Stipulation and [Proposed] Order Regarding Hearing For Change of Plea.

NOTICE, STIPULATION AND [PROPOSED] ORDER REGARDING
HEARING FOR CHANGE OF PLEA

- 1

This case is set for change of plea on January 30, 2008. However, recently the government informed the defense counsel that the policy of the United States Attorney's Office is, in accordance with Title 18, United States Code Section 3143, to move for the immediate remand of the defendant upon the entering of his guilty plea for this offense.

Notwithstanding the above statute and office policy, the application of the statute's language for immediate remand may not be required in this case. Consequently, before the plea agreement may be finalized, more time to investigate the statute and for effective preparation is necessary.

Consequently, with the Court's permission, the parties respectfully request that the January 30, 2008 change of plea to the indictment date be rescheduled to February 27, 2008 at 2:30 p.m..

As described above, the parties agree that there is excludable time from January 30, 2008 to February 27, 2008 to allow for effective preparation of counsel under the Speedy Trial Act.

SO STIPULATED:

DATED: 1/28/08        __/s/_____
                     STEVEN F. GRUEL
                     Attorney for Donald Clyburn

DATED:  1/28/08
                     __/s/_____
                     OWEN MARTIKAN
                     Assistant United States Attorney

NOTICE, STIPULATION AND [PROPOSED] ORDER REGARDING
HEARING FOR CHANGE OF PLEA

## [~~PROPOSED~~]  ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the January 30, 2008 date for the change of plea is vacated.  This matter is rescheduled to February 27, 2008 for a change of plea hearing. Time from January 30, 2008 to February 27, 2008 is excludable under the Speedy Trial Act for effective preparation of counsel as described above.

IT IS SO ORDERED.

Dated:  1/29/08



_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge
Northern District of California

NOTICE, STIPULATION AND [PROPOSED] ORDER REGARDING
HEARING FOR CHANGE OF PLEA