UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),                        No. CR 07-0473 PJH

    v.                                **ORDER**

DONALD CLYBURN,

    Defendant(s).

_____/

       The court has received and approved the stipulation of the parties to continue the date for defendant's change of plea from January 30, 2008 to February 27, 2008 to permit counsel to prepare for an anticipated motion by the government to remand defendant pursuant to 18 U.S.C. § 3143. The parties are advised that any motion for remand must be made in writing no later than February 13, 2008 and any opposition must be filed no later than February 20, 2008. The parties should not expect that a continuance will be permitted after the change of plea to permit defendant to establish the exceptional circumstances that he is required to show to avoid remand upon conviction.

       **IT IS SO ORDERED.**

Dated: January 29, 2008

                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge