STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Donald Clyburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0473-PJH |
| ) | |
| Plaintiff, ) | DEFENDANT DONALD CLYBURN'S |
| ) | MEMORANDUM REGARDING REMAND |
| Vs. ) | AFTER ENTRY OF GUILTY PLEA |
| ) | |
| DONALD CLYBURN, ) | Honorable Phyllis J. Hamilton |
| ) | |
| Defendant. ) | February 27, 2008 @ 2:30 p.m. |

Defendant Donald Clyburn, by and through his attorney, Steven F. Gruel, hereby submits this Memorandum Regarding Remand After Entry of Guilty Plea.

MEMORANDUM

The Court issued its Order requiring both parties to state their respective positions with regard to the issue of whether "exceptional circumstances" existed in this case so as to permit Mr. Clyburn's continued release after his guilty plea to the indictment.

Since the Court's order, the parties, along with the United States Marshals, have had several discussions regarding safety issues surrounding Mr. Clyburn's remand into custody. As a result of these discussions, the following is respectfully submitted:

1. The nature of the offense and Mr. Clyburn's past profession require certain safety precautions once incarcerated;

2. Mr. Clyburn is prepared to surrender into custody at the time of his guilty plea on February 27, 2008;

3. The U.S. Marshals have assured counsel that for safety reasons Mr. Clyburn will be placed into custody at FCI Dublin – administrative segregation;

4. Consequently, and in light of the above, at the time of his guilty plea, Mr. Clyburn will not oppose remand into custody at FCI Dublin to await sentencing and BOP designation.

5. Notwithstanding the above efforts to arrange placement at Dublin, if for some reason Mr. Clyburn cannot be placed at Dublin, the parties have agreed to postpone the change of plea one week. This will allow Mr. Clyburn the time to revisit the issue of whether "exceptional circumstances" exist in this case.

Dated: 02/20/08            /s/ _____
                           STEVEN F. GRUEL
                           Attorney for Donald Clyburn