UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0473 PJH |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| v. | ) | **PRELIMINARY ORDER OF FORFEITURE** |
| DONALD CLYBURN, | ) | |
| Defendant. | ) | |

On February 27, 2008, the defendant, Donald Clyburn, entered a guilty plea to an indictment charging a violation of 18 U.S.C. § 2252(a)(4). Pursuant to the Plea Agreement, the defendant agreed to forfeit to the United States a certain asset described in the Forfeiture Allegation of the indictment, which alleges forfeiture of assets pursuant to 18 U.S.C. § 2253(a).

After reviewing the Plea Agreement, the Court enters this Preliminary Order of Forfeiture to address the forfeiture as agreed by the parties in the Plea Agreement.

//
//
//
//

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 07-0473 PJH

1  With respect to the issues that are uncontested by the parties, **IT IS HEREBY**
2  **ORDERED** as follows:
3      The defendant shall forfeit all right, title, and interest in the following asset:
4      One Gateway laptop computer containing a 30-gigabyte hard drive, serial number
5  81RB1679T 242 EC.A.
6      Following disposition of any petition filed pursuant to the above notice, or if no petitions
7  are filed within the time prescribed by law, an appropriate final order of forfeiture will be issued.
8      **IT IS SO ORDERED.**
9
10  DATED: 2/27/08
11                                    HON. PHYLLIS J. HAMILTON
                                  United States District Judge