UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: February 27, 2008                           JUDGE: Phyllis J. Hamilton

Case No: CR-07-0473 PJH

Case Name:   UNITED STATES   v.   DONALD CLYBURN (Present)

**Attorney for Plaintiff:**     Owen Martikan
**Attorney for Defendant:**   Steven Gruel

**Deputy Clerk:** Nichole Heuerman             **Court Reporter:** Belle Ball

**PROCEEDINGS**

    Change of Plea-Held.  The plea agreement is signed and filed in court.  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into and informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to the sole count in the Indictment.  The plea is accepted by the court.  The defendant is adjudged guilty of the offense.  The defendant is referred to probation to conduct a presentence investigation.

    The defendant is remanded into custody.

    The government submits a preliminary order of forfeiture which is signed in court.

**CASE CONTINUED TO:** June 4, 2008 at 1:30 p.m. for Sentencing.

**cc:**     chambers