UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 16, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0473 PJH

**Case Name:**    UNITED STATES   v.   DONALD CLYBURN (C)

**Attorney for Plaintiff:**    Owen Martikan
**Attorney for Defendant:**   Steven Gruel

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter**: Joan Columbini

**PROCEEDINGS**

    Hearing Re: Medical Care While in Custody-Held.  The court requests the U.S. Marshal to have an opthalmologist  see defendant within one week.

**cc:**    chambers