UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 4, 2008                           **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0473 PJH

**Case Name:**   UNITED STATES   v.   DONALD CLYBURN (C)

**Attorney for Plaintiff:**   Owen Martikan
**Attorney for Defendant:**   Steven Gruel

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Kelly Bryce

**Probation:** Jackie Sharpe

**PROCEEDINGS**

Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 37 months; 5 years supervised release along with the eleven special conditions as stated on the record. The defendant shall pay a fine in the amount of $7,500 which shall be paid through the Bureau of Prisons Inmate Financial Responsibility Program. Thereafter, during any term of supervised release and commencing 60 days after release from custody, the fine shall be paid at no less than $50 dollars per month. The defendant shall also pay a special assessment in the amount of $100; due immediately.

The court to make a recommendation to the Bureau of Prisons that the defendant participate in alcohol treatment and that he be designated to the Sheridan Camp Oregon.

**cc:**   chambers